UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:08-CR-27 |
| V. ) | (JORDAN/GUYTON) |
| ) | |
| PATRICK JOSEPH RIGGER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on February 3, 2009, on the defendant's Emergency Motion Of The Defendant Patrick Joseph Rigger For A Writ Of Habeas Corpus Ad Testificandum, and Supporting Memorandum Of Law [Doc. 42]. The Court finds that the Motion is not well-taken and the said Motion **[Doc. 42]** is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge